UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TOINDRA RAMDEO,

                Petitioner,

   -against-

WILLIAM PHILLIPS, Superintendent
of Green Haven Correctional Facility,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
04-CV- 1157 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ JUL 10 2007 ★
P.M. _____
TIME A.M. _____

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on July 9, 2007, denying the petition for a writ of habeas corpus; that the action is dismissed; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; that the action is dismissed; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.

Dated: Brooklyn, New York
       July 09, 2007

                                   s/ RCH
                            ROBERT C. HEINEMANN
                            Clerk of Court